UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-24366-COOKE/DAMIAN

DANIELA CORTAZAR-GARCIA,

    Plaintiff,

vs.

WRIST AFICIONADO MIAMI, LLC *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before me on the Report and Recommendation ("R&R") of the Honorable Melissa Damian, U.S. Magistrate Judge, ECF No. 43, regarding the Parties' Joint Motion to Approve FLSA Settlement and Dismiss Case with Prejudice ("Joint Motion"), ECF No. 38.

Judge Damian recommends that the Joint Motion be granted in part, that the Settlement Agreement and Release be approved as fair and reasonable, and that the case be dismissed with prejudice. Judge Damian also recommends that the Court deny the Parties' request to retain jurisdiction, close the case, and deny all pending motions as moot. Neither party objected to Judge Damian's R&R and the time to do so has passed. After reviewing the record in this matter, the Court agrees with Judge Damian's recommendation.

Accordingly, Judge Damian's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** as follows:

1. The Parties' Joint Motion is **GRANTED IN PART**.
2. The Parties' Settlement Agreement and Release is **APPROVED**.
3. This case is **DISMISSED** *with prejudice*.
4. This Court will not retain jurisdiction to enforce the terms of the Settlement Agreement.
5. The Clerk of Court shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 6th day of June 2022.

*/s/ Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*